M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: cmeyer@messner.com
rfinch@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIE KIM, an Individual; | CASE NO: 2:24-cv-00281-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff JENNIE KIM, individually and by and through her counsel of record, PATRICK W. KANG, ESQ. and PAUL H. WOLFRAM, ESQ. of ACE LAW GROUP, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:24-cv-00281-GMN-EJY, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs, except as outlined in the accepted Offer of Judgment.

///

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 27th day of September 2024.

**MESSNER REEVES, LLP**

 /s/ Renee M. Finch
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this 27th day of September 2024.

**ACE LAW GROUP**

 /s/Paul H. Wolfram
Patrick W. Kang, Esq.
Nevada Bar No. 10381
Paul H. Wolfram, Esq.
Nevada Bar No. 16025
6480 West Spring Mountain Rd.
Suite 1
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
United States District Court Judge

DATED:  September 30, 2024